**FILED**

NOV - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MOHAMMAD MIRMEHDI, MOSTAFA
MIRMEHDI, MOHSEN MIRMEHDI,
and MOJTABA MIRMEHDI,

               Plaintiffs,

vs.

JOHN ASHCROFT, et al.,

               Defendants.

Case No: 06-5055 R (PJWx)

[PROPOSED] ORDER
TRANSFERRING ENTIRE
ACTION TO UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Case: 1:07-cv-02031
Assigned To : Robertson, James
Assign. Date : 11/8/2007
Description: Civil Rights-Non-Employ.

The Court, *sua sponte*, hereby orders that this entire action be transferred to the United States District Court for the District of Columbia.

All pending motions shall be decided by the United States District Court for the District of Columbia.

Dated: **Oct. 22, 2007**

_____
The Hon. Manuel Real
United States District Judge



# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1511 West Beverly Blvd., Los Angeles, CA 90026.

On **October 15, 2007**, I served the foregoing document described as: **[PROPOSED] ORDER TRANSFERRING ENTIRE ACTION TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

on all interested parties in this action by placing ___ an original or **X** a true copy thereof enclosed in a sealed envelope addressed as follows:

PETER D.  KEISLER
TIMOTHY P. GARREN
ANDREW D.  SILVERMAN
United States Department of Justice
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044

Joseph W.  Fletcher
Denah H.  Hoard
20 Civic Center Plaza, M-29
P.O. Box 1988
Santa Ana, CA 92702

Philip R Byrnes
Las Vegas City Attorney
400 Stewart Ave., 9th Floor
Las Vegas, NV 89101

Arthur Chapman
Chapman, Glucksman & Dean
11900 West Olympic Blvd.
Suite 800
Los Angeles, CA 90064

**X**___    **[BY MAIL]** I caused such envelope to be deposited in the mail at Venice, California.  The envelope was mailed as certified mail, return receipt requested, with postage and fees thereon fully prepaid.

**X**___    **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this court at whose direction the  service was made.

Jennifer Delaney

*07-2031 JR*

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

*MOHAMMAD H. MOSTAFA ETAL*

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF *88676*
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS

*JOHN ASHCROFT, ETAL*

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

Case: 1:07-cv-02031
Assigned To : Robertson, James
Assign. Date : 11/8/2007
Description: Civil Rights-Non-Employ.

*JURY ACTION*

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust

☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

— 0 —

| ☐ G. *Habeas Corpus/2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☒ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

---

**V. ORIGIN**

☐ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☒ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*42 USC 1983*

---

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS   ☐   ACTION UNDER F.R.C.P. 23    **DEMAND $**    Check YES only if demanded in complaint   **JURY DEMAND:** ☒ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☐ YES   ☒ NO    If yes, please complete related case form.

**DATE** *11-8-07*    SIGNATURE OF ATTORNEY OF RECORD   *NCD*

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd



(PJWx), CLOSED, DISCOVERY, RELATED-G

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:06-cv-05055-R-PJW
### Internal Use Only

Mohammad Mirmehdi et al v. John Ashcroft et al
Assigned to: Judge Manuel L. Real
Referred to: Magistrate Judge Patrick J. Walsh
Lead case: 2:02-cv-08916-R-PJW
Member case:
   2:06-cv-05055-R-PJW
Cause: 42:1983 Civil Rights Act

Date Filed: 08/14/2006
Date Terminated: 10/22/2007
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Mohammad Mirmehdi**

represented by  **Michael S Morrison**
Schonbrun DeSimone Seplow Harris &
Hoffman
723 Ocean Front Walk, Suite 100
Venice, CA 90291-3270
310-396-0731
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D Seplow**
Schonbrun DeSimone Seplow Harris &
Hoffman
723 Ocean Front Walk, Suite 100
Venice, CA 90291-3270
310-396-0731
Fax: 310-399-7040
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul L Hoffman**
Schonbrun DeSimone Seplow Harris
and Hoffman
723 Ocean Front Walk, Suite 100
Venice, CA 90291-3270
310-396-0731
Email: hoffpaul@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I hereby attest and certify on 10-25-07
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

1092

**Plaintiff**

**Mostafa Mirmehdi**

represented by  **Michael S Morrison**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D Seplow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul L Hoffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mohsen Mirmehdi**                    represented by  **Michael S Morrison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D Seplow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul L Hoffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mojtaba Mirmehdi**                    represented by  **Michael S Morrison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D Seplow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul L Hoffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John Ashcroft**
*an individual*

represented by **Andrew David Silverman**
US Department of Justice
Civil Division
Ben Franklin Station
P O Box 7146
Washington, DC 20044
202-616-4326
Email: andrew.silverman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn S Greene**
US Department of Justice
Civil Division, Torts Branch
PO Box 7146 - Ben Franklin Station
Washington, DC 20044-7146
202-616-4143
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina S Pelletier**
US Department of Justice
Civil Division Torts Branch
P O Box 7146 - Ben Franklin Station
Washington, DC 20044-7146
202-616-4322
Email: nina.pelletier@usdoj.gov
*TERMINATED: 07/12/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Robert Mueller**

represented by **Andrew David Silverman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn S Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina S Pelletier**
(See above for address)
*TERMINATED: 07/12/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**James W Ziglar**

represented by **Andrew David Silverman**

*an individual*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn S Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina S Pelletier**
(See above for address)
*TERMINATED: 07/12/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael J Garcia**
*an individual*

represented by **Andrew David Silverman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn S Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina S Pelletier**
(See above for address)
*TERMINATED: 07/12/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Santa Ana City Of**

represented by **Denah H Hoard**
Santa Ana City Attorney Office
20 Civic Ctr Plz, Ste M29
P O Box 1988
Santa Ana, CA 92702
714-647-5201
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph W Fletcher**
Santa Ana City Attorney Office
20 Civic Ctr Plz, Ste M29
P O Box 1988
Santa Ana, CA 92702
714-647-5201
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Las Vegas City of**
*TERMINATED: 07/23/2007*

represented by **Howard E King**
King Holmes Paterno & Berliner
1900 Avenue of the Stars
25th Fl
Los Angeles, CA 90067-4506
310-282-8989
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip R Byrnes**
Las Vegas City Attorney
400 Stewart Avenue, 9th Floor
Las Vegas, NV 89101
702-229-6629
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MVM Inc**

**Defendant**

**Arturo Subia**
*an individual*

represented by **Andrew David Silverman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn S Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paul Santos**
*an individual*

represented by **Andrew David Silverman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn S Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cortez**
*Chief, an individual*

represented by **Andrew David Silverman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Glenn S Greene
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Nina S Pelletier
(See above for address)
*TERMINATED: 07/12/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vargas**
*an individual*

**Defendant**

**Christopher Castillo**                    represented by    **Andrew David Silverman**
*an individual*                                              (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Glenn S Greene**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Nina S Pelletier**
                                                            (See above for address)
                                                            *TERMINATED: 07/12/2007*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**J A MacDowell**                           represented by    **Andrew David Silverman**
*an individual*                                              (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Glenn S Greene**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Nina S Pelletier**
                                                            (See above for address)
                                                            *TERMINATED: 07/12/2007*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Collins**
*an individual*

represented by **Andrew David Silverman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn S Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina S Pelletier**
(See above for address)
*TERMINATED: 07/12/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Escobar**
*an individual*

represented by **Denah H Hoard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph W Fletcher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Leon**
*an individual*

represented by **Denah H Hoard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph W Fletcher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Luna**
*an individual*

represented by **Denah H Hoard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph W Fletcher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Silckey**
*an individual*
*TERMINATED: 01/30/2007*

**Defendant**

**Sqarlata**

*an individual*
*TERMINATED: 01/30/2007*

**Defendant**

**Petery**                                    represented by   **Andrew David Silverman**
*an individual*                                                (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Glenn S Greene**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Nina S Pelletier**
                                                              (See above for address)
                                                              *TERMINATED: 07/12/2007*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Isaacs**                                    represented by   **Andrew David Silverman**
*an individual*                                                (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Glenn S Greene**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Nina S Pelletier**
                                                              (See above for address)
                                                              *TERMINATED: 07/12/2007*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**M Lopez**                                   represented by   **Andrew David Silverman**
*an individual*                                                (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Glenn S Greene**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Nina S Pelletier**
                                                              (See above for address)

*TERMINATED: 07/12/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**D Barnes**
*an individual*

### Defendant

**T Logan**
*an individual*

### Defendant

**Garzone**
*Captain, an individual*

### Defendant

**John and Jane Does**
*1 - 10*

### Defendant

**UNITED STATES OF AMERICA**         represented by   **Andrew David Silverman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/14/2006 | ❂1 | COMPLAINT against defendants John Ashcroft, Robert Mueller, James W Ziglar, Michael J Garcia, Santa Ana City Of, Las Vegas City of, MVM Inc, Arturo Subia, Paul Santos, Cortez, Vargas, Christopher Castillo, J A MacDowell, Collins, Escobar, Leon, Luna, Silckey, Sqarlata, Petery, Isaacs, M Lopez, D Barnes, T Logan, Garzone, John and Jane Does. (Filing fee $350) JURY DEMAND. filed by plaintiffs Mohsen Mirmehdi, Mojtaba Mirmehdi, Mohammad Mirmehdi, Mostafa Mirmehdi.(jag, ) (Entered: 08/18/2006) |
| 08/14/2006 | ❂ | FAX number for Attorney Paul L Hoffman, Michael S Morrison, Michael D Seplow is 310-399-7040. (jag, ) (Entered: 08/18/2006) |
| 08/14/2006 | ❂ | 60-Day Summons Issued re Complaint - (Discovery) [1] as to John Ashcroft, Robert Mueller, James W Ziglar, Michael J Garcia, Santa Ana City Of, Las Vegas City of, MVM Inc, Arturo Subia, Paul Santos, Cortez, Vargas, Christopher Castillo, J A MacDowell, Collins, Escobar, Leon, Luna, Silckey, Sqarlata, Petery, Isaacs, M Lopez, D Barnes, T Logan, Garzone, John and Jane Does. (jag, ) (Entered: 08/18/2006) |
| 08/14/2006 | ❂2 | CERTIFICATION and NOTICE of Interested Parties filed by Plaintiffs Mohsen Mirmehdi, Mojtaba Mirmehdi, Mohammad Mirmehdi, Mostafa Mirmehdi. (jag, ) (Entered: 08/18/2006) |

| 08/14/2006 | 3 | NOTICE TO PARTIES OF ADR PILOT PROGRAM filed.(jag, ) (Entered: 08/18/2006) |
|---|---|---|
| 08/14/2006 | 4 | NOTICE of Related Case(s) filed by Plaintiffs Mohsen Mirmehdi, Mojtaba Mirmehdi, Mohammad Mirmehdi, Mostafa Mirmehdi. Related Case(s): CV 02-8916 R (PJW) and other cases (rn, ) (Entered: 08/22/2006) |
| 08/23/2006 | | PREPARED ORDER RE TRANSFER Pursuant to General Order 224 (Related Case) by Clerk; related to CV 02-8916 R (PJW). (rn, ) (Entered: 08/23/2006) |
| 08/29/2006 | 5 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 - Related Case- filed. Related Case No: CV 02-8916 R (PJW). Case transferred from Judge Audrey B. Collins and Carla Woehrle to Judge Manuel L. Real and Patrick J. Walsh for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 06-5055 R (PJWx).Signed by Judge Manuel L. Real (rn, ) (Entered: 08/29/2006) |
| 08/29/2006 | | Cases associated with Lead Case CV 02-8916 R (PJW) (rn, ) (Entered: 08/29/2006) |
| 09/05/2006 | 6 | MINUTES OF NOTICE VACATING ADR REFERRAL by Judge Audrey B. Collins: Notice is given to the parties that the reference to the Alternative Dispute Resolution Pilot Program, General Order 02-07 is vacated. All further settlement procedures in this action shall be pursuant to Local Rule R 16-14.Court Reporter: Not present. (pcl, ) (Entered: 09/06/2006) |
| 09/06/2006 | 7 | NOTICE TO COUNSEL by Judge Manuel L. Real. This case has been assigned to the calendar of Judge Manuel L Real. Counsel are advised that the Court expects strict compliance with the provisions of the LR and the FRCP. Noncompliance may lead to the imposition of sanctions which may include the striking of pleadings and entry of judgment or dismissal of the action.(pcl, ) (Entered: 09/07/2006) |
| 12/11/2006 | 11 | FIRST STIPULATION Extending Time to Answer the complaint. IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, and Defendant through their attorneys of record taht Defendant City of Santa Ana have the time to respond to Plaintiffs Complaint up to and including 1/10/2007, pursuant to Local Rule 803 filed by defendant City of Santa Ana. (jp) (Entered: 01/11/2007) |
| 12/18/2006 | 8 | PROOF OF SERVICE Executed by Plaintiffs Mohsen Mirmehdi, Mojtaba Mirmehdi, Mohammad Mirmehdi, Mostafa Mirmehdi, upon John Ashcroft served on 11/20/2006, answer due 1/19/2007; Summons and Complaint served by certified mail, service accepted by (name illegible). Robert S. Mueller, Director, served on 11/20/2006, answer due 1/19/2007; Summons and Complaint served by certified mail. James W Ziglar served on 11/20/2006, answer due 1/19/2007; Summons and Complaint served by certified mail, service accepted by Amber Trawick. Michael J Garcia served on 11/20/2006, answer due 1/19/2007; Summons and Complaint served by certified mail. City of Santa Ana |

| | | |
|---|---|---|
| | | served on 11/21/2006, answer due 1/20/2007; Summons and Complaint served personal service, service accepted by Roseanne Trujillo, Clerk. City of Las Vegas City of served on 11/20/2006, answer due 1/19/2007; Summons and Complaint served by certified mail, service accepted by Lisa C Oatley. MVM Inc served on 11/20/2006, answer due 1/19/2007; Summons and complaint served by certified mail, served accepted by (name illegible). Arturo Subia served on 11/20/2006, answer due 1/19/2007; Summons and Complaint served by certified mail, service accepted by (name illegible). Chief Cortez, an individual, J A MacDowell, an individual, Petery, an individual, Isaacs, an individual, M Lopez, an individual, served on 11/21/2006, answer due 1/20/2007; Summons and complaint served by personal service, accepted by Paul Mosley, General Councel for US Department of Homeland Security. Christopher Castillo, an individual, served on 11/20/2006, answer due 1/19/2007; Summons and Complaint served by personal service, service accepted by Josh Perez. Escobar, an individual, served on 12/8/2006, answer due 2/6/2007; Leon, an individual, served on 12/8/2006, answer due 2/6/2007; Luna, an individual, served on 12/8/2006, answer due 2/6/2007; Summons and Complaint served by substituted service, service accepted by Officer M. Hanon Audette. Captain Garzone, an individual, served on 12/5/2006, answer due 2/3/2007; Summons and Complaint served by personal service upon Captain Garzone. Paul Santos served on 12/9/2006, answer due 2/7/2007; Summons and Complaint served by substituted service, service accepted by Imelda Santos, wife. Attorney General of US served on 12/13/2006, answer due 2/12/2007, Summons and Complaint served by certified mail. Original Summons not returned. Original Domestic Return Receipts not attached. (pcl, ) (Entered: 12/20/2006) |
| 01/08/2007 | ●9 | APPLICATION of Nina S Pelletier for Leave to Appear Pro Hac Vice filed by defendants John Ashcroft, Robert Mueller, James W Ziglar, Michael J Garcia, Cortez, Christopher Castillo, J A MacDowell, Collins, Petery, Isaacs, M Lopez. Lodged proposed order. (pcl, ) (Entered: 01/10/2007) |
| 01/08/2007 | ●12 | FIRST STIPULATION Extending Time to Answer the complaint. Escobar; Leon; Luna Santa Ana City Of answer due 1/26/2007. filed by defendants Santa Ana City Of; Escobar; Leon; Luna. (jag, ) (Entered: 01/16/2007) |
| 01/10/2007 | | (Court only) ORDER by Judge Manuel L. Real: Granting [9] Application to Appear Pro Hac Vice by Attorney Nina S Pelletier on behalf of federal defendants (pcl, ) (Entered: 01/10/2007) |
| 01/10/2007 | ●10 | ORDER by Judge Manuel L. Real: Granting [9] Application to Appear Pro Hac Vice by Attorney Nina S Pelletier of the Civil Division of the United States Department of Justice, on behalf of the individual federal defendants and the United States in this case. (pcl, ) (Entered: 01/10/2007) |
| 01/30/2007 | ●13 | FIRST AMENDED COMPLAINT against Defendants UNITED STATES OF AMERICA, John Ashcroft, Robert Mueller, James W |

| | | |
|---|---|---|
| | | Ziglar, Michael J Garcia, Santa Ana City Of, Las Vegas City of, MVM Inc, Arturo Subia, Paul Santos, Cortez, Vargas, Christopher Castillo, J A MacDowell, Collins, Escobar, Leon, Luna, Petery, Isaacs, M Lopez, D Barnes, T Logan, Garzone, John and Jane Does 1-10, filed by plaintiffs Mohsen Mirmehdi, Mojtaba Mirmehdi, Mohammad Mirmehdi, Mostafa Mirmehdi (pcl, ) (Entered: 02/01/2007) |
| 01/30/2007 | | 20 DAYS Summons Issued re First Amended Complaint [13] as to Defendants UNITED STATES OF AMERICA, John Ashcroft, Robert Mueller, James W Ziglar, Michael J Garcia, Santa Ana City Of, Las Vegas City of, MVM Inc, Arturo Subia, Paul Santos, Cortez, Vargas, Christopher Castillo, J A MacDowell, Collins, Escobar, Leon, Luna, Petery, Isaacs, M Lopez, D Barnes, T Logan, Garzone, John and Jane Does 1-10. (pcl, ) (Entered: 02/01/2007) |
| 01/30/2007 | | 60 DYAS Summons Issued re First Amended Complaint [13] as to Defendants UNITED STATES OF AMERICA, John Ashcroft, Robert Mueller, James W Ziglar, Michael J Garcia, Santa Ana City Of, Las Vegas City of, MVM Inc, Arturo Subia, Paul Santos, Cortez, Vargas, Christopher Castillo, J A MacDowell, Collins, Escobar, Leon, Luna, Petery, Isaacs, M Lopez, D Barnes, T Logan, Garzone, John and Jane Does 1-10. (pcl, ) (Entered: 02/01/2007) |
| 02/16/2007 | 14 | ANSWER to First Amended Complaint [13] filed by defendants Santa Ana City Of, Escobar, Leon, Luna.(pcl, ) (Entered: 02/20/2007) |
| 02/16/2007 | 15 | CERTIFICATION and Notice of Interested Parties filed by Defendants Santa Ana City Of, Escobar, Leon, Luna. (pcl, ) (Entered: 02/20/2007) |
| 03/12/2007 | 16 | JOINT STIPULATION AND ORDER Thereon To continue Early Meeting of Counsel by Judge Manuel L. Real: The Court hereby orders that the early meeting of counsel for the purpose of making initial disclosures is continued to 10 days following the court decision on defendants dispositive motions, IT IS SO ORDERED. (pcl, ) (Entered: 03/12/2007) |
| 03/28/2007 | 17 | NOTICE of Additional Counsel of Record for Defendants UNITED STATES OF AMERICA, John Ashcroft, Robert Mueller, James W Ziglar, Michael J Garcia, Arturo Subia, Paul Santos, Cortez, Christopher Castillo, J A MacDowell, Collins, Petery, Isaacs, M Lopez. Please take notice that Andrew D. Silverman, Trial Attorney, US Department of Justice, Civil Division, is assigned as co-counsel with Nina Pelletier. Filed by defendants John Ashcroft, et al. (pcl, ) (Entered: 03/31/2007) |
| 04/03/2007 | 18 | ORDER GRANTING STIPULATION TO EXTEND TIME FOR Federal Defendants response to the First Amended complaint and to Enlarge the Page Limits for the Memoranda in support of Federal defendants Motions and Plaintiffs Opposition thereto by Judge Manuel L. Real: IT IS ORDERED that (1) The Federal Defendants shall have to and including 4/26/2007 to file and serve their responses to the First Amended Complaint; (2) The US shall submit a memorandum in Support of its dispositive motion not to exceed 35 pages; (3) Defendants Ashcroft, |

| | | Mueller, Ziglar, and Garcia shall submit a memorandum in support of their dispotive motion not exceed 40 pages. (4) Plaintiffs opposition papers shall be subject to the same limits. (pcl, ) (Entered: 04/03/2007) |
|---|---|---|
| 04/11/2007 | 19 | STIPULATION AND ORDER Thereon by Judge Manuel L. Real: ORDER granting Defendants MVM Inc; D Barnes; T Logan; and Captain Garzone a two week extension to file a response to Plaintiffs First Amended Complaint. Defendants response to the first Amended Complaint will now be due on 4/20/2007. IT IS SO ORDERED. (pcl, ) (Entered: 04/12/2007) |
| 04/13/2007 | 20 | APPLICATION of Philip R Byrnes, Deputy City Attorney, for Leave to Appear Pro Hac Vice. FEE PAID. filed by Defendant Las Vegas City of. Lodged proposed order. (pcl, ) (Entered: 04/17/2007) |
| 04/13/2007 | | FAX number for Attorney Philip R Byrnes is 702-386-1749. (pcl, ) (Entered: 04/17/2007) |
| 04/13/2007 | | FAX number for Attorney Howard E King is 310-282-8903. (pcl, ) (Entered: 04/17/2007) |
| 04/16/2007 | | (Court only) ***MOTION RULING: ORDER by Judge Manuel L. Real: Granting [20] Application to Appear Pro Hac Vice by Attorney Philip R Byrnes on behalf of Defendant City of Las Vegas, designating Howard E King as local counsel. (pcl, ) (Entered: 04/17/2007) |
| 04/16/2007 | 21 | ORDER by Judge Manuel L. Real: Granting [20] Application to Appear Pro Hac Vice by Attorney Philip R Byrnes on behalf of Defendant City of Las Vegas, designating Howard E King as local counsel. (pcl, ) (Entered: 04/17/2007) |
| 04/17/2007 | 22 | STIPULATION AND ORDER by Judge Manuel L. Real: IT IS ORDERED that Defendants MVM, Inc, Captain Garzone, T Logan and D Barnes response to the Plaintiffs First Amended Complaint for Damages and Declaratory relief will now be due on 4/20/2007. (pcl, ) (Entered: 04/17/2007) |
| 04/17/2007 | 33 | NOTICE OF MOTION AND MOTION to Dismiss claims against the City of Las Vegas for lack of personal jurisdiction and improper venue; Memorandum of Points and Authorities; Affidavit of Karen Coyne filed by Defendant City of Las Vegas. Motion set for hearing on 8/6/2007 at 10:00 AM before Judge Manuel L. Real. (ir, ) (Entered: 05/10/2007) |
| 04/19/2007 | 23 | CERTIFICATION and Notice of Interested Parties filed by Defendant Las Vegas City of. (pcl, ) (Entered: 04/21/2007) |
| 04/26/2007 | 24 | ANSWER THE FIRST Amended Complaint, [13] filed by Defendant UNITED STATES OF AMERICA.(yl, ) (Entered: 05/04/2007) |
| 04/26/2007 | 25 | NOTICE OF MOTION AND MOTION for Judgment on the Pleadings in part pursuant to FRCP 12(C) filed by Defendant UNITED STATES OF AMERICA. Motion set for hearing on 8/6/2007 at 10:00 AM before Judge Manuel L. Real. (et) (Entered: 05/08/2007) |
| | | |

| 04/26/2007 | 26 | MEMORANDUM in Support of MOTION for Judgment on the Pleadings in part and accompanying certification of scope of employment [25] filed by Federal Defendant UNITED STATES OF AMERICA. (et) (Entered: 05/08/2007) |
|---|---|---|
| 04/26/2007 | 27 | NOTICE OF MOTION AND MOTION to Dismiss defendants are entitled to qualified immunity for all constitutional violations alleged in plaintiffs amended complaint and (2) Mario Lopez is entitled judgment as a matter of law for plaintiff Mohammad excessive force claim, or in the alternative, for Summary Judgment on behalf of defendants Arturo Subia, Paul Santos, Stewart Cortes, George Isaacs, Jerry Petrey and Mario Lopez, pursuant to FRCP 12(B)(6) and Rule 56(c) filed by Defendants Arturo Subia, Paul Santos, Cortez, Petery, Isaacs, M Lopez. Motion set for hearing on 8/6/2007 at 10:00 AM before Judge Manuel L. Real. Lodged Statement of Uncontroverted Facts and Judgment. (et) (Entered: 05/08/2007) |
| 04/26/2007 | 28 | MEMORANDUM in Support of MOTION to Dismiss defendants are entitled to qualified immunity for all constitutional violations alleged in plaintiffs amended complaint and (2) Mario Lopez is entitled judgment as a matter of law for plaintiff Mohammad excessive force claim, or in the alternative, for Summary Judgment on behalf of defendants Arturo Subia, Paul Santos, Stewart Cortes, George Isaacs, Jerry Petrey and Mario Lopez [27]; accompanying declaration of Mario Lopez and Mohammad medical records filed by Federal Defendants Arturo Subia, Paul Santos, Cortez, Petery, Isaacs, M Lopez. (et) (Entered: 05/08/2007) |
| 04/26/2007 | 29 | NOTICE OF MOTION AND MOTION to Dismiss on behalf of defendants John Ashcroft, Robert Mueller, James Ziglar, and Michael Garcia pursuant to FRCP 12(B)(2) and 12(B) (6) for Lack of Jurisdiction and failure to state a claim upon which relief could be granted filed by Defendants John Ashcroft, Robert Mueller, James W Ziglar, Michael J Garcia. Motion set for hearing on 8/6/2007 at 10:00 AM before Judge Manuel L. Real. (et) (Entered: 05/08/2007) |
| 04/26/2007 | 30 | MEMORANDUM in Support of MOTION to Dismiss on behalf of defendants John Ashcroft, Robert Mueller, James Ziglar, and Michael Garcia [29]; accompaying judicial opionions for the court convenience filed by Federal Defendants John Ashcroft, Robert Mueller, James W Ziglar, Michael J Garcia. (et) (Entered: 05/08/2007) |
| 04/26/2007 | 31 | NOTICE OF MOTION AND MOTION to Dismiss on behalf of federal defendants Christopher Castillo and James MacDowell pursuant to FRCP 12(B) (6) for failure to state a claim upon which relief can be granted filed by federal Defendants Christopher Castillo, J A MacDowell. Motion set for hearing on 8/6/2007 at 10:00 AM before Judge Manuel L. Real. (et) (Entered: 05/08/2007) |
| 04/26/2007 | 32 | MEMORANDUM in Support of MOTION to Dismiss on behalf of federal defendants Christopher Castillo and James MacDowell [31] filed by Federal Defendants Christopher Castillo, J A MacDowell. (et) (Entered: 05/08/2007) |

| | | |
|---|---|---|
| 06/21/2007 | 🔴34 | STIPULATION BETWEEN THE PARTIES TO EXTEND THE DATE FOR THE DEFENDANTS MVM INC., CAPTAIN GARZONE, T. LOGAN AND D. BARNES TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS FIRST AMENDED COMPLAINT [13]; ORDER by Judge Manuel L. Real: Plaintiffs hereby stipulate that the Defendants MVM Inc., Captain Garzone, T. Logan and D. Barnes need not respond to the operative complaint until thirty (30) days after the Court has ruled on the Governmental Defendants motions. (jp) (Entered: 06/22/2007) |
| 07/02/2007 | 🔴37 | MEMORANDUM of Points and Authorities in Opposition to MOTION for Judgment on the Pleadings in Part and Accompanying Certification of Scope of Employment[25], filed by Plaintiffs Mohsen Mirmehdi, Mojtaba Mirmehdi, Mohammad Mirmehdi, Mostafa Mirmehdi. (yca) (Entered: 07/18/2007) |
| 07/02/2007 | 🔴38 | MEMORANDUM of Points and Authorities in Opposition to MOTION to Dismiss, or in the alternative, for Summary Judgment[27] ; DECLARATIONS of Mohammad Mirmehdi, Ahilan Arulanantham and Michael D. Seplow, filed by Plaintiffs Mohsen Mirmehdi, Mojtaba Mirmehdi, Mohammad Mirmehdi, Mostafa Mirmehdi. (yca) (Entered: 07/18/2007) |
| 07/02/2007 | 🔴39 | STATEMENT of Genuine Issues in Dispute in Support of OPPOSITION to MOTION to Dismiss, or in the alternative, for Summary Judgment [27], filed by Plaintiffs Mohsen Mirmehdi, Mojtaba Mirmehdi, Mohammad Mirmehdi, Mostafa Mirmehdi. (yca) (Entered: 07/18/2007) |
| 07/02/2007 | 🔴40 | MEMORANDUM of Points and Authorities in Opposition to MOTION to Dismiss for Lack of Personal Jurisdiction and Failure to State Claim upon which Relief could be granted[29], filed by Plaintiffs Mohsen Mirmehdi, Mojtaba Mirmehdi, Mohammad Mirmehdi, Mostafa Mirmehdi. (yca) (Entered: 07/18/2007) |
| 07/02/2007 | 🔴41 | MEMORANDUM of Points and Authorities in Opposition to MOTION to Dismiss pursuant to FRCP 12(B) (6) for failure to state a claim upon which relief can be granted [31], filed by Plaintiffs Mohsen Mirmehdi, Mojtaba Mirmehdi, Mohammad Mirmehdi, Mostafa Mirmehdi. (yca) (Entered: 07/18/2007) |
| 07/02/2007 | 🔴42 | OBJECTIONS to DECLARATION of Shelly Hollandsworth and attached Records in Support of OPPOSITION to MOTION to Dismiss defendants, or in the alternative, for Summary Judgment[27], filed by Plaintiffs Mohsen Mirmehdi, Mojtaba Mirmehdi, Mohammad Mirmehdi, Mostafa Mirmehdi. (yca) (Entered: 07/18/2007) |
| 07/09/2007 | 🔴35 | APPLICATION for Leave to Practice Pro Hac Vice and Notice of Substitution filed by defendants John Ashcroft, Robert Mueller, James W Ziglar, Michael J Garcia, Arturo Subia, Paul Santos, Cortez, Christopher Castillo, J A MacDowell, Collins, Petery, Isaacs, M Lopez. Lodged Proposed Order. (pcl) (Entered: 07/13/2007) |
| 07/09/2007 | 🔴 | FAX number for Attorney Glenn S Greene is 202-616-4314. (pcl) (Entered: 07/13/2007) |

| | | |
|---|---|---|
| 07/12/2007 | ❶36 | ORDER Granting APPLICATION for Leave to Appear Pro Hac Vice and Notice of Substitution by Judge Stephen V. Wilson for Judge Manuel L. Real: Upon consideration of the Application of Glenn S Greene of the Civil Division of the United States Department of Justice, leave of Court for Mr Greene to appear Pro Hac Vice as counsel for the individual federal defendants and the United States and substitution for Nina S Pelletier is GRANTED. (pcl) (Entered: 07/13/2007) |
| 07/17/2007 | ❶43 | STIPULATION (1) To Enlarge Time to for Federal Defendants Reply to Plaintiffs Opposition, (2) To Move the Hearing Date to 9/17/2007 filed by Federal Defendants. Lodged proposed order. (pcl) (Entered: 07/23/2007) |
| 07/17/2007 | ❶44 | ORDER Granting Stipulation to Extend Time for Federal Defendants Reply to Plaintiffs Opposition to defendants Motions and to Move the Hearing Date by Judge Manuel L. Real: The Court hereby orders: (1) The Federal Defendants shall have to and including 9/10/2007 to file and serve their replies to Plaintif Opposition to Defendants dispositive motions; (2) The hearing on Defendants motions will be set for 9/17/2007 at 10:00 AM.(pcl) (Entered: 07/23/2007) |
| 07/23/2007 | ❶45 | STIPULATION Re Motion to Dismiss by Defendant City of Las Vegas AND ORDER Thereon by Judge Manuel L. Real IT IS HEREBY ORDERED THAT: (1) Plaintiffs action against Defendant City of Las Vegas is hereby transferred to the USDC for the District of Nevada. (2) Within 30 days of this Order, Plaintiffs shall file in the USDC for the District of Nevada a revised complaint which separately sets forth their allegations against Defendant City of Las Vegas. (3) This order shall not effect any other parties who have appeared in this action. (pcl) (Entered: 07/23/2007) |
| 07/23/2007 | ❶ | (Court only) ***MOTION RULING: by Judge Manuel L. Real: finding as moot [33] Motion to Dismiss by Defendant City of Las Vegas. Case transferred to USDC for District of Nevada. (pcl) (Entered: 07/23/2007) |
| 08/21/2007 | ❶46 | STIPULATION to Continue Hearing of Federal Defendants' Motions to Dismiss, for Judgment on the Pleadings and/or for Summary Judgment AND ORDER Thereon by Judge Manuel L. Real: IT IS HEREBY ORDERED THAT: (1) The hearing on the Feeral Defendants' motions, previously set for 9/17/2007, shall be continued until 10/1/2007 at 10:00 a.m. in Courtroom 8; (2) The deadline for the Federal Defendants to file and serve their reply papers shall be 9/10/2007.(pcl) (Entered: 08/22/2007) |
| 09/10/2007 | ❶47 | REPLY MEMORANDUM IN SUPPORT of MOTION to Dismiss INDIVIDUAL FEDERAL DEFENDANTS SUBIA, SANTOS, CORTES, ISAACS, PETREY ADN LOPEZ. filed by Defendants John Ashcroft, Robert Mueller, James W Ziglar, Michael J Garcia, Santa Ana City Of, Las Vegas City of, MVM Inc, Arturo Subia, Paul Santos, Cortez, Vargas, Collins, Escobar, Leon, Luna, Isaacs, M Lopez, D Barnes, T Logan, Garzone. (sd) (Entered: 09/13/2007) |
| | | |

| 09/10/2007 | ●48 | REPLY in Support of MOTION to Dismiss pursuant to FRCP 12(B)(6) for failure to state a claim upon which relief can be granted[31] filed by Defendants UNITED STATES OF AMERICA, John Ashcroft, Robert Mueller, James W Ziglar, Michael J Garcia, Santa Ana City Of, MVM Inc, Arturo Subia, Paul Santos, Cortez, Vargas, Christopher Castillo, J A MacDowell, Collins, Escobar, Leon, Luna, Petery, Isaacs, M Lopez, D Barnes, T Logan, Garzone, John and Jane Does. (lga) (Entered: 09/13/2007) |
| 09/10/2007 | ●49 | REPLY in Support of MOTION for Judgment on the Pleadings[25] filed by Defendants UNITED STATES OF AMERICA, John Ashcroft, Robert Mueller, James W Ziglar, Michael J Garcia, Santa Ana City Of, MVM Inc, Arturo Subia, Paul Santos, Cortez, Vargas, Christopher Castillo, J A MacDowell, Collins, Escobar, Leon, Luna, Petery, Isaacs, M Lopez, D Barnes, T Logan, Garzone, John and Jane Does. (lga) (Entered: 09/13/2007) |
| 09/10/2007 | ●50 | REPLY in Support of MOTION to Dismiss for Lack of Jurisdiction[29] filed by Defendant UNITED STATES OF AMERICA. (lga) (Entered: 09/13/2007) |
| 09/14/2007 | ●51 | APPLICATION for C. Frederick Beckner, III, Esq. Leave to Practice Pro Hac Vice and Notice of Additional Counsel of Record for Defendant United States and the individual Federal Defendants filed by defendants UNITED STATES OF AMERICA. Lodged proposed order. (vm) (Entered: 09/21/2007) |
| 09/17/2007 | ●54 | ORDER by Judge Manuel L. Real GRANTING APPLICATION of C. Frederick Beckner, III, Esq. for Leave to Appear Pro Hac Vice[51] (rrey) (Entered: 10/05/2007) |
| 09/17/2007 | ● | (Court only) ***MOTION RULING: by Judge Manuel L. Real : granting [51] Application to Appear Pro Hac Vice by Attorney C Frederick Beckner, III on behalf of federal defendants. (rrey) (Entered: 10/05/2007) |
| 09/20/2007 | ●52 | NOTICE OF ERRATA filed by Defendants UNITED STATES OF AMERICA, John Ashcroft, and Federal Defendants correcting APPLICATION of C. Frederick Beckner, III, Esq. for Leave to Appear Pro Hac Vice[51] (esa) (Entered: 09/28/2007) |
| 10/01/2007 | ●53 | MINUTES of Motion Hearing held before Judge Manuel L. Real : RE: The Court sua sponte ORDERS this entire action transferred to the U.S.D.C. District of Columbia, the Court therefore does not rule on Defendants MOTIONS to Dismiss [31][27][25][29] as the case has been transferred to U.S.D.C. District of Columbia Court Reporter: Sheri Kleeger.(wh) (Entered: 10/02/2007) |
| 10/01/2007 | ● | (Court only) ***MOTION RULING: by Judge Manuel L. Real : Off Calendar [25] Motion for Judgment on the Pleadings ; Off Calendar [27] Motion to Dismiss ; Off Calendar [27] Motion for Summary Judgment ; Off Calendar [29] Motion to Dismiss for Lack of Jurisdiction ; Off Calendar [31] Motion to Dismiss; The Court ORDERS the entire case transferred to USDC District of Columbia (wh) (Entered: 10/02/2007) |

| | | |
|---|---|---|
| 10/22/2007 | ○55 | ORDER by Judge Manuel L. Real transferring case to District Court for the District of Columbia. Original file, certified copy of the transfer order and docket sheet sent. (MD JS-6. Case Terminated.)(rrey) (Entered: 10/25/2007) |
| 10/25/2007 | ○ | TRANSMITTAL of documents to Distrit of Columbia. Mailed entire original file in the action, together with certified copies of the order andthe docket. (rrey) (Entered: 10/25/2007) |



*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

**MOHAMMAD MIRMEHDI et al,**
Plaintiff(s),

vs.

**JOHN ASHCROFT, et al**
Defendant(s).

Civil Case No.  07-2031 (Jr)

## NOTICE REGARDING EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that the transfer documents in this case have been filed in paper form in a the Clerk's Office.  They are available for public viewing  and copying between the  hours of  9:00 a.m. and  4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk