UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE MOHAMMAD MIRMEHDI, MOSTAFA )
MIRMEHDI, MOHSEN MIRMEHDI, and )
MOJTABA MIRMEHDI )
_____ )
 )
MOHAMMAD MIRMEHDI, *et al.*, )
 )            *C A  07-2031*
            Plaintiffs, )            _____
 )            ( *Related case*)
    v. )            (Case No.: 07-74453   )
 )
JOHN ASHCROFT, *et al.*, )
 )
            Defendants. )
_____ )

**NOTICE OF APPEARANCE BY COUNSEL FOR PLAINTIFFS
AND NOTICE OF PENDING WRIT PETITION BEFORE THE UNITED
STATES COURT OF APPEAL FOR THE NINTH CIRCUIT**

TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES:

Pursuant to Local Civil Rule 83.6 Please take notice that the counsel listed

below are appearing in this action on behalf of Plaintiffs Mohammad Mirmehdi, et

al.

Further, please take notice that there is presently pending before the United

States Court of Appeals for the Ninth Circuit  a petition for a writ of mandamus

seeking to overturn the October 25, 2007 Order of the United States District Court

for the Central District of California which transferred this action from the United

States District Court for the Central District of California to this Court. <u>See In re</u>

<u>Mohammad Mirmehdi vs United States District Court, etc</u>,  No. 07-74453 (U.S.

Court of Appeals for the Ninth Circuit).

_____
Erwin Chemerinsky, DC Bar No. 289330
Paul L. Hoffman
Michael D. Seplow.
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN LLP
723 Ocean Front Walk
Venice, California 90291
Telephone: (310) 396-0731
Fax: (310) 399-7040
Attorneys for Plaintiffs Mohamed Mirmehdi et al.

1

2                                    **PROOF OF SERVICE**

3    STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

4

5         I am a resident of the aforesaid county, State of California; I am over the age
     of 18 years and not a party to the within action; my business address is 1511 West
6    Beverly Blvd., Los Angeles, CA 90026.

7         On **January 29, 2008**, I served the foregoing document described as:

8         **NOTICE OF APPEARANCE BY COUNSEL FOR PLAINTIFFS**
9    **AND NOTICE OF PENDING WRIT PETITION BEFORE THE UNITED**
             **STATES COURT OF APPEAL FOR THE NINTH CIRCUIT**
10

11   on all interested parties in this action by placing ___ an original or _**X**_ a true
     copy thereof enclosed in a sealed envelope addressed as follows:
12

13   PETER D. KEISLER                    Philip R Byrnes
14   TIMOTHY P. GARREN                   Las Vegas City Attorney
     ANDREW D. SILVERMAN                 400 Stewart Ave., 9th Floor
15   United States Department of Justice Las Vegas, NV 89101
16   P.O. Box 7146
     Ben Franklin Station                Arthur Chapman
17   Washington, D.C. 20044              Chapman, Glucksman & Dean
18                                       11900 West Olympic Blvd.
     Joseph W. Fletcher                  Suite 800
19   Denah H. Hoard                      Los Angeles, CA 90064
20   20 Civic Center Plaza, M-29
     P.O. Box 1988
21   Santa Ana, CA 92702
22

23   _X_        [BY MAIL] I caused such envelope to be deposited in the mail
                at Venice, California. The envelope was mailed with postage
24              and fees thereon fully prepaid.
25

26   _X_        [FEDERAL] I declare that I am employed in the office of a member
                of the bar of this court at whose direction the service was made.
27
                            _____
28                                Jonathan A.Cotton