UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Mohammad Mirmehdi, Mostafa Mirmhedi, Mohsen Mirmehdi, and Mojtaba Mirmehdi, )<br>)<br>)<br>)<br>)<br>Plaintiffs, )<br>v. )<br>)<br>John Ashcroft, Robert Mueller, James Ziglar, Michael Garcia, City of Santa Ana, City of Las Vegas, MVM, Inc., Arturo Subia, Paul Santos, Chief Cortes, Vargas, Christopher Castillo, J.A. MacDowell, Collins, Escobar, Leon, Luna, Petery, Isaacs, M. Lopez, D. Barnes, T. Logan, Captain Garzone, and the United States of America )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. )<br>) | No. 1:07-cv-02031-JR<br><br>**JOINT STATUS REPORT OF PLAINTIFFS, THE INDIVIDUAL FEDERAL DEFENDANTS, AND THE UNITED STATES OF AMERICA** |

In response to this Court's Order of January 25, 2008 and the Ninth Circuit's Order of February 20, 2008 granting, in part, and denying, in part, Mohammad Mirmehdi's, Mostafa Mirmehdi's, Mohsen Mirmehdi's, and Mojtaba Mirmehdi's (collectively, "Plaintiffs") petition for writ of mandamus, Plaintiffs and Defendants John Ashcroft, Robert Mueller, James Ziglar, Michael Garcia, Christopher Castillo, James MacDowell, Arturo Subia, Paul Santos, Stewart Cortes, George Isaacs, Jerry Petrey, Mario Lopez (collectively "Individual Federal Defendants"), and Defendant United States of America respectfully submit this Joint Status Report in advance of the upcoming Status Conference scheduled for March 20, 2008.

### A. PRESENT STATUS

#### 1. First Amended Complaint

Plaintiffs filed a First Amended Complaint for damages against federal and municipal defendants and a private contractor and several of its employees in the Central District of California on January 30, 2007. The amended complaint is based on Plaintiffs' 41-month detention—from October 2001 through March 2005—which they allege was unlawful. Plaintiffs seek damages based on their allegedly wrongful detention and mistreatment during detention.

The federal defendants are the United States, First Am. Compl. ¶ 35, and 13 current and former federal employees sued individually for damages, *id.* at ¶¶ 13, 39-42, 49-51, 46-48, 55-57, 64-65. The other defendants are the City of Las Vegas, Nevada, *id.* at ¶ 44;[1] the City of Santa Ana, California, *id.* at ¶ 43; Escobar, Leon, and Luna, current or former employees of the City of Santa Ana, *id.* at ¶¶ 52-54; MVM Inc., which operated the detention facility in San Pedro, California, *id.* at ¶ 45; and Barnes, Logan, and Garzone, current or former employees of MVM, *id.* at ¶ 58-60.

#### 2. Federal Defendants' Responses to First Amended Complaint

On April 26, 2007, all of the federal defendants responded to the First Amended Complaint. The United States filed an Answer, C.D. Cal. D.Ct. Dkt. 24, and a motion for judgment on the pleadings, *id.* at 25, 26. The United States moved to dismiss Plaintiffs' false imprisonment and intentional infliction of emotional distress claims. The United States also sought to certify and substitute the United States as the proper defendant on several of Plaintiffs'

---

[1] On July 30, 2007, pursuant to stipulation, the claims against the City of Las Vegas were transferred to the District of Nevada. C.D. Cal. D.Ct. Dkt. 45. The District of Nevada dismissed the case against the City of Las Vegas on statute of limitations grounds on January 3, 2008. Nev. D.Ct. Dkt. 21. Plaintiffs filed a Notice of Appeal on January 17, 2008. *Id.* at 23.

claims and moved to dismiss those causes of action.

Defendants Ashcroft, Mueller, Ziglar, and Garcia (collectively "Senior Federal Defendants") filed a motion to dismiss. C.D. Cal. D.Ct. Dkt. at 29, 30. The Senior Federal Defendants argued, *inter alia*, that the district court lacked personal jurisdiction over them.

Defendants Castillo and MacDowell also filed a motion to dismiss all the claims asserted against them. *Id.* at 31, 32.

Finally, Defendants Subia, Santos, Cortes, Isaacs, Petrey, and Lopez (detention officers at the San Pedro facility where Plaintiffs were detained) filed a motion to dismiss or, in the alternative, for summary judgment on behalf of Lopez who, alone, was charged with using excessive force with respect to Mohammad Mirmehdi. *Id.* at 27, 28.

### 3. Municipality and MVM Responses to First Amended Complaint

On February 16, 2007, the City of Santa Ana, Escobar, Leon, and Luna filed an Answer to the First Amended Complaint. C.D. Cal. D.Ct. Dkt. 14. On April 17, 2007, the City of Las Vegas moved to dismiss for lack of personal jurisdiction and improper venue, *id.* at 33, and on July 23, 2007, pursuant to a stipulation, the claims against the City of Las Vegas were transferred to the District of Nevada, *id.* at 45; *see supra* note 1. On June 21, 2007, the parties stipulated that the responses of MVM, Garzone, Logan, and Barnes to the First Amended Complaint would be stayed until 30 days after a ruling on the federal defendants' dispositive motions. C.D. Cal. D.Ct. Dkt. 34.

### 4. District Court's Hearing and Decision on Federal Defendants' Motions

On October 1, 2007, the district court held a hearing on the Individual Federal Defendants' and United States' motions. C.D. Cal. D.Ct. Dkt. 53; *see also* Transcript of Hearing (attached hereto as Addendum A). The court stated that "because of the nature of this [case] and

the primary defendants over which I do not have personal jurisdiction, the matter is transferred to the District of Columbia . . . ." Transcript at 3. The court directed Plaintiffs' counsel to prepare the order to transfer. *Id*. Plaintiffs' counsel lodged the proposed order on October 12, 2007, the order was signed on October 22, 2007, and the case was transferred to the District of Columbia on October 25, 2007. C.D. Cal. D.Ct. Dkt 55. The case was docketed in this Court on November 8, 2007.

### 5. Plaintiffs' Petition for Writ of Mandamus

On Nov. 12, 2007, Plaintiffs filed a Petition for a Writ of Mandamus in the Ninth Circuit stating that the district court's "transfer order . . . was clearly in excess of its jurisdiction and amount[ed] to a usurpation of power." Mandamus Petition, *In re Mirmehdi v. United States Dist. Court, Cent. Dist. of Cal.*, No. 07-74453 (9th Cir.), at 9. The petition sought "to vacate the October 25, 2007 Order transferring this action to the United States District Court for the District of Columbia" and "request[ed] that this action be assigned to a different judge within the Central District of California . . . ." *Id.* at 6.

On December 19, 2007, the Ninth Circuit ordered the federal "real parties in interest" to respond to Plaintiffs' petition. Ninth Cir. Dkt., No. 07-74453. The federal "real parties in interest" filed their opposition on January 15, 2007, and Plaintiffs replied on January 23, 2008. *Id.*

### 6. Ninth Circuit's Order Granting, in Part, and Denying, in Part, Plaintiff's Petition for Writ of Mandamus

On February 20, 2008, the Ninth Circuit issued a decision granting, in part, and denying, in part, Plaintiff's petition for mandamus. Ninth Circuit Order, *In re Mirmehdi v. United States Dist. Court, Cent. Dist. of Cal.*, No. 07-74453 (9th Cir. Feb. 20, 2008) (attached hereto as Addendum B). The Ninth Circuit directed the Central District of California to vacate its transfer

order of October 25, 2007 and to call for the return of the case from the District of Columbia to the Central District of California. *Id.* The Ninth Circuit denied Plaintiffs' request that the case be assigned to a different district court judge. On February 26, 2008, the District Court for the Central District of California called for the return of this action to the Central District of California and scheduled a hearing for March 31, 2008 on the Ninth Circuit's order granting, in part, and denying, in part, Plaintiffs' petition for a writ of mandamus. *Mirmehdi v. Ashcroft*, No. 06-05055 (C.D. Cal. Feb. 26, 2008) (attached hereto as Addendum C).

### B. FUTURE PROCEEDINGS IN THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

In light of the Ninth Circuit's order and the Central District of California's subsequent order calling for the return of this case from the District Court for the District of Columbia and scheduling a hearing for March 31, 2008, Plaintiffs, the Individual Federal Defendants, and the United States respectfully request that this Court postpone the Status Conference scheduled for March 20, 2008 and defer scheduling any future proceedings until acting on the Central District of California's request to return the case.

Dated: March 3, 2008

Respectfully submitted,


JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
Civil Division

C. FREDERICK BECKNER III
Deputy Assistant Attorney General
Civil Division

TIMOTHY P. GARREN
Director, Torts Branch
Civil Division

ANDREA W. MCCARTHY
Senior Trial Counsel
Civil Division, Torts Branch

GLENN S. GREENE
D.C. Bar No. 450348
Trial Attorney
Civil Division, Torts Branch

_____
ANDREW D. SILVERMAN
Trial Attorney
Civil Division, Torts Branch
Constitutional Tort Litigation Section
P.O. Box 7146
Ben Franklin Station
Washington, DC 20044-7146
Phone: (202) 616-4326
Fax: (202) 616-4314

Attorneys for the Individual Federal
Defendants and the United States of
America

_____
PAUL HOFFMAN
MICHAEL D. SEPLOW
ERWIN CHEMERINSKY, DC Bar No.
289330
Schonbrun De Simon Seplow Harris &
Hoffman LLP
723 Ocean Front Walk
Venice, California 90291
Phone: (310) 396-0731
Fax: (310) 399-7040

Attorneys for Plaintiffs Mohammad
Mirmehdi, et al.

ADDENDUM A

Transcript C D Cal Hearing - 10-01-07

1

```
 1              UNITED STATES OF AMERICA
                UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
                      WESTERN DIVISION
 3
                           - - -
 4              HONORABLE MANUEL L. REAL
         UNITED STATES DISTRICT JUDGE PRESIDING
 5                         - - -

 6
    MOHAMMAD MIRMEHDI, et al,        )
 7                                   )
            PLAINTIFF,                )
 8                                   )
    VS.                              )  CV 02-08916 R
 9                                   )
    JOHN ASHCROFT, et al.,           )
10                                   )
            DEFENDANT.                )
11  _____)

12

13

14         REPORTER'S TRANSCRIPT OF PROCEEDINGS
              MONDAY, OCTOBER 1, 2007
15                 A.M. SESSION
             LOS ANGELES, CALIFORNIA
16

17

18

19

20         SHERI S. KLEEGER, CSR 10340
           FEDERAL OFFICIAL COURT REPORTER
21       312 NORTH SPRING STREET, ROOM 402
           LOS ANGELES, CALIFORNIA 90012
22              PH:  (213)894-6604

23

24

25


              UNITED STATES DISTRICT COURT
```

2

Transcript C D Cal Hearing - 10-01-07

1

2   APPEARANCES OF COUNSEL:

3   ON BEHALF OF PLAINTIFF:
            SCHONBRUN, DESIMONE, SEPLOW,
4           HARRIS & HOFFMAN
            BY:
5           723 OCEAN FRONT WALK
            SUITE 100
6           VENICE, CA 90291

7
    ON BEHALF OF DEFENDANT:
8           US DEPARTMENT OF JUSTICE/CIVIL DIVISION
            BY:  ANDREW DAVID SILVERMAN
9                CLINTON FREDRICK BECKNER
            P.O. BOX 7146
10          WASHINGTON, DC 20044

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25


                    UNITED STATES DISTRICT COURT

                                                                    3


1   LOS ANGELES, CALIFORNIA; MONDAY, OCTOBER 1, 2007
                            Page 2

```
                    Transcript C D Cal Hearing - 10-01-07
 2                              A.M. SESSION
 3
 4
 5         THE CLERK:  Item No. Four, C.V. 06-5055:
 6   Mohammed Mirmehdi, et al., versus John Ashcroft, et al.
 7   Counsel, please, state your appearances.
 8         MR. HOFFMAN:  Paul Hoffman for the plaintiffs, Your
 9   Honor.
10         MR. SEPLOW:  Good morning, Your Honor.  Michael
11   Seplow for plaintiffs.
12         MR. BECKNER:  Good morning, Your Honor, Clinton
13   Fredrick Beckner for the United States and the individual
14   federal defendants.
15         MR. SILVERMAN:  Good morning, Your Honor.  Andrew
16   Silverman for the United States and individual federal
17   defendants.
18         THE COURT:  Counsel, anything to the add to the
19   documents which have been filed?
20         MR. BECKNER:  We filed quite a lot of paper, Your
21   Honor.  We have nothing more to add at this time.
22         THE COURT:  I think because of the nature of this
23   and the primary defendants over which I do not have personal
24   jurisdiction, the matter is transferred to the District of
25   Columbia.
```

UNITED STATES DISTRICT COURT

                                                                4

```
 1         Prepare the order counsel.  They have jurisdiction
 2   over all this, and they can decide it all.
 3         MR. SILVERMAN:  The entire action, Your Honor?
```

Transcript C D Cal Hearing - 10-01-07

4   THE COURT: That's right. The entire action.

5   MR. HOFFMAN: Do you want the plaintiffs to prepare
6 that order? We'll talk.

7   THE COURT: Somebody. It is transferred to the
8 District of Columbia, the entire case.

9   MR. HOFFMAN: Thank you, Your Honor.

10   MR. BECKNER: Thank you.

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT

5

1
2
3
4
5               CERTIFICATE OF REPORTER

```
               Transcript C D Cal Hearing - 10-01-07
 6
 7    COUNTY OF LOS ANGELES       )
 8                                ) SS.
 9    STATE OF CALIFORNIA         )
10
11    I, SHERI S. KLEEGER, OFFICIAL COURT REPORTER, IN AND FOR THE
12    UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF
13    CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753,
14    TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND
15    CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED
16    PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE
17    TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS
18    OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.
19
20
21    DATE:  DECEMBER 17, 2007
22
23    _____
24    SHERI S. KLEEGER, CSR
25    FEDERAL OFFICIAL COURT REPORTER
```

UNITED STATES DISTRICT COURT

ADDENDUM B

**FILED**

UNITED STATES COURT OF APPEALS

FEB 20 2008

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: MOHAMMAD MIRMEHDI; MOSTAFA MIRMEHDI; MOHSEN MIRMEHDI; MOJTABA MIRMEHDI, | No. 07-74453<br><br>D.C. No. CV-06-05055-R<br>Central District of California,<br>Los Angeles |
| MOHAMMAD MIRMEHDI; et al.,<br><br>    Petitioners,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA,<br><br>    Respondent,<br><br>MICHAEL B. MUKASEY; et al.,<br><br>    Real Parties in Interest. | ORDER |

Before: WALLACE, LEAVY and RYMER, Circuit Judges.

The petition for a writ of mandamus is granted. The United States District Court for the Central District of California is directed to vacate its October 25, 2007 transfer order and to call for the return of the case from the United States District Court for the District of Columbia. *See Varsic v. US. Dist. Court for Central Dist. Of California*, 607 F.2d 245 (9th Cir. 1979).

07-74453

Upon transfer to the Central District of California, petitioners have requested that this case be assigned to a different district judge. That request of denied.

ADDENDUM C

Case 1:07-cv-02031-JR   Document 3   Filed 03/06/2008   Page 16 of 18

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-06-5055-R                                    Date: FEBRUARY 26, 2008

Title:   MOHAMMAD MIRMEHDI, et al. (Petitioners) -V- UNITED STATES DISTRICT
         COURT (Respondent); MICHAEL B. MUKASEY, et al. (Real Parties in Interest)
==================================================================
PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

       Ricardo Juarez                                    None Present
       Courtroom Deputy                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

       None                                              None

PROCEEDINGS:   (In Chambers) ORDER SETTING HEARING on USCA 9TH Circuit Order
               Granting Writ of Mandamus

**This United States District Court for the Central District of California hereby calls for the return of CV 06-5055-R from the United States District Court for the District of Columbia.**

**COUNSEL ARE NOTIFIED that this Court NOW SETS a hearing on the Order of U.S.C.A. 9th Circuit Granting Petitioner's Writ of Mandamus for MONDAY, MARCH 31, 2008 at 10 AM.**

**IT IS SO ORDERED.**

   cc: counsel of record, USDC-DC

MINUTES FORM 11                                    Initials of Deputy Clerk ___RJ____
CIVIL -- GEN

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on March 6, 2008, I caused to be served by first class U.S. Mail, postage prepaid, a true and correct copy of the foregoing "JOINT STATUS REPORT OF PLAINTIFFS, THE INDIVIDUAL FEDERAL DEFENDANTS, AND THE UNITED STATES OF AMERICA," addressed as follows:

Michael Seplow
Schonbrun De Simone Seplow
Harris & Hoffman LLP
723 Ocean Front Walk
Venice, CA 90291

Jose Sandoval
20 Civic Center Plaza, M-29
P.O. Box 1988
Santa Ana, CA 97202

Arthur Chapman
Chapman, Glucksman & Dean
11900 West Olympic Blvd.
Suite 800
Los Angeles CA 90064

Phillip Byrnes
Office of the City Attorney
City Hall, 9th Floor
400 Stewart Ave.
Las Vegas NV 89101

_____
ANDREW SILVERMAN
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044