UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMAD MIRMEHDI, *et al.*,        :
                                    :
      Plaintiffs,                  :
                                    :
  v.                                : Civil Action No. 07-2031 (JR)
                                    :
JOHN ASHCROFT, *et al.*,            :
                                    :
      Defendants.                  :

### ORDER

Upon consideration of the joint status report of plaintiffs, the individual federal defendants and the United States of America [3] and in deference to the order of the United States Court of Appeals for the Ninth Circuit dated February 20, 2008 directing that the transfer of this case to this District be vacated, it is

**ORDERED** that the status conference scheduled for March 20, 2008 in this Court is off the calendar.  This case is **ORDERED** returned to the U.S. District Court for the Central District of California.


                                     JAMES ROBERTSON
                         United States District Judge